# United States Court of Appeals for the Federal Circuit

———————————

December 11, 2013

**ERRATA**

———————————

Appeal No. 2012-3078

**CARL FOX,**
*Petitioner,*

**v.**

**DEPARTMENT OF DEFENSE,**
*Respondent.*

Decided:  November 27, 2013
Nonprecedential Opinion

———————————

Please make the following change:

Page 3, line 25, change "comes without our" to -- comes within our --.